UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ORLANDO GUIDA FERRERIA,

       Petitioner,

v.                                Case No.:  2:26-cv-00921-SPC-NPM

U.S. ATTORNEY GENERAL *et al.*,

       Respondents,

_____/

## **OPINION AND ORDER**

Before the Court is Orlando Guida Ferreria's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Guida Ferreria seeks release from immigration detention so he can continue to help take care of his mother. But the petition does not state why his detention might be unlawful. Guida Ferreria's desire for release does not warrant habeas relief. The petition does not include potentially important facts, like when and how he entered the country, his current immigration status, the status of any prior and current removal proceedings, and the circumstances of his arrest.

The Court finds that Guida Ferreria is not entitled to habeas relief on any ground in his petition. Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**. Guida Ferreria may file an amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on April 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record